UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYRONE AUSTIN

    Plaintiff,                                     Case Number: 10-10049
                                                     Honorable GERALD E. ROSEN
vs.                                               Magistrate Judge Paul J. Komives

MARTIN S TOWING

    Defendant

_____

| TYRONE AUSTIN | TUCHOW & TRAHEY LAW OFFICES |
|---|---|
| In Pro Per | Stephen J. Trahey (P29840) |
| 5034 Hillsboro St. | Attorney for Defendant, Martin s Towing |
| Detroit, MI 48204 | 26316 Telegraph Rd. P.O. Box 697 |
| (313) 894-2441 | Flat Rock, MI  48134 |
| | (734) 782-2900 / Fax: (734) 782-2123 |

_____

**DEFENDANT S, MARTIN S TOWING, Inc., ANSWER TO COMPLAINT**

    Now comes Defendant, Martin s Towing, Inc., by and through it s attorneys, Tuchow & Trahey Law Offices, by Stephen J. Trahey, and for it s answer states as follows:

1. Defendant neither admits nor denies the allegation contained in this paragraph of Plaintiff s complaint.

2. Defendant neither admits nor denies the allegation contained in this paragraph of Plaintiff s complaint.

3. Defendant neither admits nor denies the allegation contained in this paragraph of Plaintiff s complaint.

4. Defendant neither admits nor denies the allegation contained in this paragraph of Plaintiff s complaint.

5. Defendant neither admits nor denies the allegation contained in this paragraph of Plaintiff s complaint.

6.  Defendant neither admits nor denies the allegation contained in this paragraph of Plaintiff s complaint.

7.  Defendant neither admits nor denies the allegation contained in this paragraph of Plaintiff s complaint.

8.  Defendant neither admits nor denies the allegation contained in this paragraph of Plaintiff s complaint.

WHEREFORE IT IS PRAYED that this Honorable Court dismiss the complaint as it relates to Martin s Towing with court costs and attorney fees.

Dated: June 11, 2010					Tuchow & Trahey Law Offices

/S/ stephen j. trahey
Stephen J. Trahey (P29840)
26316 Telegraph Rd. P.O. Box 697
Flat Rock, MI 48134
(734) 782-2900 / Fax: (734) 782-2123
Email: sjtrahey@yahoo.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYRONE AUSTIN

       Plaintiff,                           Case Number: 10-10049
                                                 Honorable GERALD E. ROSEN
vs.                                          Magistrate Judge Paul J. Komives

MARTIN S TOWING

       Defendant

_____

| TYRONE AUSTIN | TUCHOW & TRAHEY LAW OFFICES |
|---|---|
| In Pro Per | Stephen J. Trahey (P29840) |
| 5034 Hillsboro St. | Attorney for Defendant, Martin s Towing |
| Detroit, MI 48204 | 26316 Telegraph Rd. P.O. Box 697 |
| (313) 894-2441 | Flat Rock, MI  48134 |
| | (734) 782-2900 / Fax: (734) 782-2123 |

_____

## **DEFENDANT, MARTIN S TOWING, INC., AFFIRMATIVE DEFENSES**

1. Plaintiff has failed to state a claim for which relief may be granted.

2. Plaintiff s claims are barred by governmental immunity under MCL 691.1401 et seq. and /or qualified immunity.

3. There is no genuine issue of face and Defendant is entitled to judgment as a matter of law.

4. Defendant objects to any failure to join all claims pursuant to applicable law and/or court rules.

5. Defendant reserves the right to supplemental or amend his affirmative defenses as more facts become available during the course of discovery.

6. Defendants were acting reasonably in the exercise of a Government function.

7. There was probable cause to arrest, charge, and/or ticket Plaintiff.

8. Plaintiff suffered no damage or his damages are *di minimus*.

9. Plaintiff failed to mitigate his damages, if any.

10. Plaintiff has failed to properly serve at least one Defendant.

## RESERVATION OF RIGHTS

Defendant, not waiving any deficiency or omission in any pleadings hereto or hereafter filed by any other party or person, hereby reserve the right to assert and file any affirmative and special defense as my become known.

Dated: June 11, 2010               Tuchow & Trahey Law Offices

/s/stephen j. trahey
Stephen J. Trahey (P29840)
26316 Telegraph Rd. P.O. Box 697
Flat Rock, MI 48134
(734) 782-2900 / (734) 782-2123
Email: sjtrahey@yahoo.com